CIA   FTCA/1331

4:23cv3111

To whom it may concern,

   I, Lauren Jankowski, hereby petition the court Pro Se; in
the manner of a Federal Torts Claims Act, herin (FTCA)
under 28 U.S.C. §1346(b) (2000); against hereby named
Defendant the Central Intelligence Agency (herin (CIA) and the
current Director of the CIA, William Jay.

   I also specify in this complaint, the necessity of the release of
certain documentation retained by the CIA, per Freedom of Information
Act 5 U.S.C. §552; namely my employment application record
to the CIA.

Being that I am currently indigent and incarcerated, I request this
complaint be recieved "In Forma Pauperis", and that Defendant be
monetarily responsible for court costs, filing fees, penalties, and other
expendetures relating directly to this suit.

   I attest, as the Petitioner, I am filing this complaint in good faith,
and I am entitled to redress. I am unable to pay the cost of
litigation, the cost of service or publication, and am unable to provide
security. I currently have no income, no cash on hand, no bank account,
no vehicle, no real estate, nor stocks, bonds, or other items of
value.

①

I request return service from the clerk of the court, as I do not have access to my own copies of "Praecipe for Summons", or otherwise the formality of "Praecipe for Summons" be waived and appropriate summons to named Defendants be served via United States Marshall's, at cost to Defendant.

Also due to indigency, I request to be appointed a paid attorney by the court to represent my civil interests, per U.S.C. Title 42 §1988, or Pro Bono counsel.

I file this suit in honest good faith, on account I have thoroughly exhausted all available grievance and appropriate reporting procedures at every available branch of government available to me to seek relief and appropriate recourse for the violence and extortion I've been subjected to.

Due to the extreme nature of these circumstances, please also grant waiver for deadlines of subsequent filings, appeals, and communications on this matter, on my behalf; for up to three years after initial filing date.

I allege that I have been subjected to Employment Discrimination by the CIA, in approximately November to December of 2021, I applied via the online portal to the CIA employment application process. The CIA has wide and varied employment opportunities with no specific minimum requirements, and even employs the use of an accessibility hotline for disabled and special needs applicants.

(2)

CIA   FTCA/1331

I allege that at the time of application, I was perfectly qualified and hirable to basic minimum standards of legal and gainful employment by the CIA. My numerous applications were ignored or rejected, and my attempts at contact via the accessibility hotline were blocked.

I further allege that it was the harmful and malicious intent of the CIA to invest interest in me as a matter of exploitation for free goods and services, rather than a mutually beneficial agreement of gainful employment.

I request the release of my application records, and the average annual income of each position applied for, so that the average mean of income can be used as basis for calculation of damages, should the reasonable expectation of employment been met from first application date to current date. This meets the basic minimum claim necessary to fulfill a valid FTCA claim. Additionally I also request punitive damages for the suffering and emotional distress of being capriciously and arbitrarily discriminated against for my sex and gender-orientation, political and religious beliefs, and victimization of criminal conduct.

I hereby attest this complaint is as true and complete as I can currently recount.

Lauree Jankowski

(3)

<u>Cover Letter</u>

To the Clerk of the Court,

My name is Lauree Jankowski, I have enclosed in this envelope two, separate lawsuits I have written Pro Se for review by the court.

I wish for each case, each separated and labeled independently "Army" and "CIA", to be filed as separate and independent complaints, even though exampled together in the same envelope, this was done to save postage.

Thank you for your consideration in this serious matter.

Signed,

Lauree Jankowski

6/7/2023

RECEIVED

JUN 14 2023

CLERK
U.S. DISTRICT COURT
LINCOLN

Lucee Jankowski
1105 E 17th St
Columbus, NE
68601

OMAHA NE 680

12 JUN 2023 PM 2 L

USA ★ FOREVER

Platte County Sheriff Disclaims
Any Responsibility of the Nature
of the Contents of This
Correspondence
Edward Wemhoff, Sheriff

RECEIVED

JUN 14 2023

CLERK
U.S. DISTRICT COURT
LINCOLN

U.S. District Court
00 Centennial Mall, N
Lincoln, NE 68508

68508-360343